[No. 27423-6-I.   Division One.   March 23, 1992.]

DAWNA JEAN REVELL, *Appellant*, v. DAN MAYBEE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-00139-0, Susan R. Agid, J., entered November 6, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Baker, JJ.

[No. 27189-0-I.   Division One.   March 23, 1992.]

*In the Matter of the Dependency of* E.R.

KRISTINE RUDOLPH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-7-00024-3, Deborra Garrett, J. Pro Tem., entered September 27, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ.

[No. 27228-4-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBROSIO GOMEZ GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02899-5, Janet Rice, J. Pro Tem., entered October 16, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Scholfield, J.